1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

10  SABINO BAHADUR,                 ) CASE NO. CV 07-3363-SVW (PJW)
                                    )
11              Petitioner,         )
                                    ) ORDER ACCEPTING REPORT AND
12       v.                         ) RECOMMENDATIONS OF UNITED STATES
                                    ) MAGISTRATE JUDGE AND DENYING
13  DERRAL ADAMS,                   ) CERTIFICATE OF APPEALABILITY
                                    )
14              Respondent.         )
                                    )
15
16       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,
17  the records on file, and the Report and Recommendation of United
18  States Magistrate Judge.  No objections to the Report and
19  Recommendation have been filed.  The Court accepts the Magistrate
20  Judge's Report and adopts it as its own findings and conclusions.
21       Further, for the reasons stated in the Report and Recommendation,
22  the Court finds that Petitioner has not made a substantial showing of
23  the denial of a constitutional right and, therefore, a certificate of
24  appealability should not issue in this action.  *See* 28 U.S.C.
25
26
27
28

1 § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

   DATED:    <u>August 25, 2010</u>

                                          _____
                                          STEPHEN V. WILSON
                                          UNITED STATES DISTRICT JUDGE

C:\Temp\notes1B8056\Order accep r&r.wpd