UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABINO BAHADUR,<br><br>  Petitioner,<br><br>  v.<br><br>DERRAL ADAMS,<br><br>  Respondent. | CASE NO. CV 07-3363-SVW (PJW)<br><br>J U D G M E N T |

  Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

  DATED:   August 25, 2010

                                     /s/ Stephen V. Wilson
                                     STEPHEN V. WILSON
                                     UNITED STATES DISTRICT JUDGE

C:\Temp\notes1B8056\Judgment.wpd